UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

JOHN HUGHES,

    Plaintiff,

v.

MAYWOOD CAPITAL CORP.; JOSEPH GREENBLATT; 216 EDGECOMBE AVE. REALTY CORP.; 957 ST. NICHOLAS AVE REALTY CORP.; 121 WEST 122ND STREET REALTY CORP.; ESTATE OF VERA GREENBLATT; jointly, severally and in the alternative

    Defendants.

Civil Action No. 04-2863(JWB)

**O R D E R FOR DEFAULT JUDGMENT**

The Summonses and Complaint in the above-entitled action have been duly served on defendants as appearing from the Affidavits of Service filed on the docket on August 18, 2004. Default was entered by this Court against all defendants on August 31, 2004. A Declaration of Non-Military Service and of Amount Due have been filed on behalf of Plaintiff, John Hughes. Now therefore, and for good cause appearing,

It is on this 8th day of December, 2004, **ORDERED** that:

Plaintiff is entitled to a judgement in the total amount of $353,149.45, plus attorneys' fees totaling $11,058.68, plus post-judgment interest and costs. Different portions of those total sums are recoverable against the defaulting defendants as set forth below:

(1) Judgement is hereby entered in favor of the Plaintiff, John Hughes, and against the Defendants Maywood Capital Corp. and Joseph Greenblatt jointly and severally in the sum of $353,149.45 plus interest and costs;

(2) Judgement is hereby entered in favor of said Plaintiff and against the Defendant 216 Edgecombe Ave. Realty Corp. in the sum of $27,318.24 plus interest and costs;

(3) Judgement is hereby entered in favor of said Plaintiff and against the Defendant 957 St. Nicholas Ave Realty Corp. in the sum of $81,954.73 plus interest and costs;

(4) Judgement is hereby entered in favor of said Plaintiff and against the Defendant 121 West 122nd Street Realty Corp. in the sum of $217,252.13;

(5) Judgment is hereby entered in favor of John Hughes, and against the Defendant Estate of Vera Greenblatt in the sum of $326,525.10 plus interest and costs pursuant to her guarantees of the liability of the defendants for the amounts set forth in paragraphs 2,3 and 4 of this Judgment;

(6) Based upon the Plaintiff's well-supported application for attorneys' fees, judgment is hereby entered in his favor, and against the Defendants Joseph Greenblatt and Estate of Vera Greenblatt jointly and severally in the sum of $11,058.68;

(7) Judgment is also entered in Plaintiff's favor and against the following Defendants for the following portions of said $11,058.68 in attorneys' fees:

    (a) 216 Edgecombe Ave. Realty Corp. in the sum of $939.99, and

    (b) 957 St. Nicholas Ave Realty Corp. in the sum of $2819.96, and

    (c) 121 West 122nd Street Realty Corp. in the sum of $7,298.73.

_____
JOHN W. BISSELL
Chief Judge
United States District Court